### Virginia A. BRIERLY

v.

### Raymond F. BRIERLY, Jr.

### No. 79–483–A.

Supreme Court of Rhode Island.

March 27, 1980.

Carolyn Roundey, Rhode Island Legal Services, Inc., Providence, for petitioner.

Raymond F. Brierly, Jr., pro se.

ORDER

The petitioner's motion to remand this case to the Family Court for hearing on a motion to adjudge respondent in contempt is granted. Upon conclusion of said hearing, this case shall be returned to this court forthwith.

DORIS, J., did not participate.